Argued and submitted April 24, reversed and remanded with instructions
May 29, 1996

STATE OF OREGON,
*Respondent,*

*v.*

PHILLIP ELTON BEDARD,
*Appellant.*

(9402-718CR; CA A88816)

917 P2d 76

Eric M. Cumfer, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Kaye E. Sunderland, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton,* Judges.

PER CURIAM

Reversed and remanded with instructions to vacate conviction and dismiss accusatory instrument. *State v. Rudder / Webb*, 137 Or App 43, 903 P2d 393 (1995), *rev allowed* 322 Or 489 (1996).

---

* Haselton, J., *vice* Leeson, J.